IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MONICA HARRIS-PRICE                                                              PLAINTIFF

VS.                                                    CIVIL ACTION NO: 3:09-cv-00275-DPJ-JCS

BELLSOUTH TELECOMMUNICATIONS, INC.                                    DEFENDANT

## AGREED ORDER OF DISMISSAL

The parties having announced to the Court that they have settled this case, the Court hereby orders that plaintiff's claims in the above-titled action against Defendant BellSouth Telecommunications, Inc. are hereby dismissed with prejudice with each party to bear their own costs and attorneys fees.

IT IS, THEREFORE, ORDERED that Plaintiff's claims in the above-titled action are hereby dismissed with prejudice.

SO ORDERED, this the 13th day of November, 2009.

/s Daniel P. Jordan III
UNITED STATES DISTRICT COURT JUDGE

*/s/ Louis Watson*                                          */s/ W. Thomas Siler, Jr.*
LOUIS WATSON                                          W. THOMAS SILER, JR.
Attorney for Plaintiff                                     Attorney for Defendant.